AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

--- OFFENSE CHARGED ---

COUNT 1, 18 U.S.C. § 1349, Conspiracy to Engage in Health Care Fraud; COUNTS 2-11, 18 U.S.C. §§ 1347 and 2, Health Care Fraud; Aiding and Abetting; Criminal Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
See Attachment A

--- Name of District Court, and/or Judge/Magistrate Location ---
NORTHERN DISTRICT OF CALIFORNIA

--- DEFENDANT - U.S. ---

▶ PATRICK ADEBOWALE SOGBEIN

DISTRICT COURT NUMBER

CR 12 0054 JSW

--- DEFENDANT ---

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release

FILED
JAN 26 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

--- PROCEEDING ---
Name of Complaintant Agency, or Person (&Title, if any)
Federal Bureau of Investigation / Office of Inspector General, Department of Health and Human Services

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM  Melinda Haag
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  Denise Marie Barton

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

ATTACHMENT A

CR 12 0054

## PATRICK ADEBOWALE SOGBEIN

COUNT 1, 18 U.S.C. § 1349, Conspiracy to Engage in Health Care Fraud
 10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100 special assessment

COUNTS 2-11, 18 U.S.C. §§ 1347 and 2, Health Care Fraud; Aiding and Abetting
 10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100 special assessment

## ADEBOLA ADEFUNKE ADEBIMPE

COUNT 1, 18 U.S.C. § 1349, Conspiracy to Engage in Health Care Fraud
 10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100 special assessment

COUNTS 2-11, 18 U.S.C. §§ 1347 and 2, Health Care Fraud; Aiding and Abetting
 10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100 special assessment

## EDNA CALAUSTRO

COUNT 1, 18 U.S.C. § 1349, Conspiracy to Engage in Health Care Fraud
 10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100 special assessment

COUNTS 2-11, 18 U.S.C. §§ 1347 and 2, Health Care Fraud; Aiding and Abetting
 10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100 special assessment

## EDUARDO ABAD

COUNT 1, 18 U.S.C. § 1349, Conspiracy to Engage in Health Care Fraud
 10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100 special assessment

COUNTS 3-4, 9-11, 18 U.S.C. §§ 1347 and 2, Health Care Fraud; Aiding and Abetting
 10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100 special assessment

## MELE SAAVEDRA

COUNT 1, 18 U.S.C. § 1349, Conspiracy to Engage in Health Care Fraud
 10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100 special assessment

COUNTS 2, 5-8, 18 U.S.C. §§ 1347 and 2, Health Care Fraud; Aiding and Abetting
 10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100 special assessment

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

COUNT 1, 18 U.S.C. § 1349, Conspiracy to Engage in Health Care Fraud; COUNTS 2-11, 18 U.S.C. §§ 1347 and 2, Health Care Fraud; Aiding and Abetting; Criminal Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
See Attachment A

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

▸ ADEBOLA ADEFUNKE ADEBIMPE

DISTRICT COURT NUMBER

CR 12 0054  JSW

FILED JAN 26 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No  } If "Yes" give date filed

DATE OF ARREST ▸ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▸ Month/Day/Year

☐ This report amends AO 257 previously submitted

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
Federal Bureau of Investigation / Office of Inspector General, Department of Health and Human Services

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: Melinda Haag
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (If assigned): Denise Marie Barton

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

<u>ATTACHMENT A</u>

### PATRICK ADEBOWALE SOGBEIN

CR 12 0054 JSW

COUNT 1, 18 U.S.C. § 1349, Conspiracy to Engage in Health Care Fraud
 10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100 special assessment

COUNTS 2-11, 18 U.S.C. §§ 1347 and 2, Health Care Fraud; Aiding and Abetting
 10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100 special assessment

### ADEBOLA ADEFUNKE ADEBIMPE

COUNT 1, 18 U.S.C. § 1349, Conspiracy to Engage in Health Care Fraud
 10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100 special assessment

COUNTS 2-11, 18 U.S.C. §§ 1347 and 2, Health Care Fraud; Aiding and Abetting
 10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100 special assessment

### EDNA CALAUSTRO

COUNT 1, 18 U.S.C. § 1349, Conspiracy to Engage in Health Care Fraud
 10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100 special assessment

COUNTS 2-11, 18 U.S.C. §§ 1347 and 2, Health Care Fraud; Aiding and Abetting
 10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100 special assessment

### EDUARDO ABAD

COUNT 1, 18 U.S.C. § 1349, Conspiracy to Engage in Health Care Fraud
 10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100 special assessment

COUNTS 3-4, 9-11, 18 U.S.C. §§ 1347 and 2, Health Care Fraud; Aiding and Abetting
 10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100 special assessment

### MELE SAAVEDRA

COUNT 1, 18 U.S.C. § 1349, Conspiracy to Engage in Health Care Fraud
 10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100 special assessment

COUNTS 2, 5-8, 18 U.S.C. §§ 1347 and 2, Health Care Fraud; Aiding and Abetting
 10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100 special assessment

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---- OFFENSE CHARGED ----

COUNT I, 18 U.S.C. § 1349, Conspiracy to Engage in Health Care Fraud; COUNTS 2-11, 18 U.S.C. §§ 1347 and 2, Health Care Fraud; Aiding and Abetting; Criminal Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
See Attachment A

---- DEFENDANT ----
EDNA CALAUSTRO ~~[REDACTED]~~

JSW

DISTRICT COURT NUMBER

CR 12 0054

---- DEFENDANT ----

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
Federal Bureau of Investigation / Office of Inspector General, Department of Health and Human Services

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: Melinda Haag
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Denise Marie Barton

### IS NOT IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

FILED
JAN 2 6 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No   If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

ATTACHMENT A

## PATRICK ADEBOWALE SOGBEIN

COUNT 1, 18 U.S.C. § 1349, Conspiracy to Engage in Health Care Fraud
 10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100 special assessment

COUNTS 2-11, 18 U.S.C. §§ 1347 and 2, Health Care Fraud; Aiding and Abetting
 10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100 special assessment

## ADEBOLA ADEFUNKE ADEBIMPE

COUNT 1, 18 U.S.C. § 1349, Conspiracy to Engage in Health Care Fraud
 10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100 special assessment

COUNTS 2-11, 18 U.S.C. §§ 1347 and 2, Health Care Fraud; Aiding and Abetting
 10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100 special assessment

## EDNA CALAUSTRO

COUNT 1, 18 U.S.C. § 1349, Conspiracy to Engage in Health Care Fraud
 10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100 special assessment

COUNTS 2-11, 18 U.S.C. §§ 1347 and 2, Health Care Fraud; Aiding and Abetting
 10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100 special assessment

## EDUARDO ABAD

COUNT 1, 18 U.S.C. § 1349, Conspiracy to Engage in Health Care Fraud
 10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100 special assessment

COUNTS 3-4, 9-11, 18 U.S.C. §§ 1347 and 2, Health Care Fraud; Aiding and Abetting
 10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100 special assessment

## MELE SAAVEDRA

COUNT 1, 18 U.S.C. § 1349, Conspiracy to Engage in Health Care Fraud
 10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100 special assessment

COUNTS 2, 5-8, 18 U.S.C. §§ 1347 and 2, Health Care Fraud; Aiding and Abetting
 10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100 special assessment

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---- OFFENSE CHARGED ----

COUNT 1, 18 U.S.C. § 1349, Conspiracy to Engage in Health Care Fraud; COUNTS 3-4, 9-11, 18 U.S.C. §§ 1347 and 2, Health Care Fraud; Aiding and Abetting; Criminal Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
See Attachment A

---- DEFENDANT - U.S. ----

► EDUARDO ABAD

DISTRICT COURT NUMBER

CR 12 0054

JSW

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)
Federal Bureau of Investigation / Office of Inspector General, Department of Health and Human Services

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW
DOCKET NO.

MAGISTRATE
CASE NO.

Name and Office of Person
Furnishing Information on
THIS FORM    Melinda Haag

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    Denise Marie Barton

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding.
    If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

FILED
JAN 26 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ►          Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ►       Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

ATTACHMENT A

## PATRICK ADEBOWALE SOGBEIN

COUNT 1, 18 U.S.C. § 1349, Conspiracy to Engage in Health Care [redacted]
10 years imprisonment, fine of twice the gross gain/loss, 3 y[redacted]se, $100
special assessment

COUNTS 2-11, 18 U.S.C. §§ 1347 and 2, Health Care Fraud; Aiding and Abetting
10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100
special assessment

## ADEBOLA ADEFUNKE ADEBIMPE

COUNT 1, 18 U.S.C. § 1349, Conspiracy to Engage in Health Care Fraud
10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100
special assessment

COUNTS 2-11, 18 U.S.C. §§ 1347 and 2, Health Care Fraud; Aiding and Abetting
10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100
special assessment

## EDNA CALAUSTRO

COUNT 1, 18 U.S.C. § 1349, Conspiracy to Engage in Health Care Fraud
10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100
special assessment

COUNTS 2-11, 18 U.S.C. §§ 1347 and 2, Health Care Fraud; Aiding and Abetting
10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100
special assessment

## EDUARDO ABAD

COUNT 1, 18 U.S.C. § 1349, Conspiracy to Engage in Health Care Fraud
10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100
special assessment

COUNTS 3-4, 9-11, 18 U.S.C. §§ 1347 and 2, Health Care Fraud; Aiding and Abetting
10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100
special assessment

## MELE SAAVEDRA

COUNT 1, 18 U.S.C. § 1349, Conspiracy to Engage in Health Care Fraud
10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100
special assessment

COUNTS 2, 5-8, 18 U.S.C. §§ 1347 and 2, Health Care Fraud; Aiding and Abetting
10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100
special assessment

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---- OFFENSE CHARGED ----

COUNT 1, 18 U.S.C. § 1349, Conspiracy to Engage in Health Care Fraud; COUNTS 2, 5-8, 18 U.S.C. §§ 1347 and 2, Health Care Fraud; Aiding and Abetting; Criminal Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
See Attachment A

**FILED**
JAN 2 6 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---- DEFENDANT - U.S. ----

▶ MELE SAAVEDRA

DISTRICT COURT NUMBER
CR 12 0054

JSW

---- PROCEEDING ----
Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation / Office of Inspector General, Department of Health and Human Services

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

} SHOW DOCKET NO.

} MAGISTRATE CASE NO.

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶           Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶           Month/Day/Year
TO U.S. CUSTODY

Name and Office of Person Furnishing Information on THIS FORM   Melinda Haag
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   Denise Marie Barton

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

ATTACHMENT A

**PATRICK ADEBOWALE SOGBEIN**

CR 12 0054

COUNT 1, 18 U.S.C. § 1349, Conspiracy to Engage in Health Care Fraud
  10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100 special assessment

COUNTS 2-11, 18 U.S.C. §§ 1347 and 2, Health Care Fraud; Aiding and Abetting
  10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100 special assessment

**ADEBOLA ADEFUNKE ADEBIMPE**

COUNT 1, 18 U.S.C. § 1349, Conspiracy to Engage in He̶̶̶̶̶̶̶̶̶̶̶̶̶̶
  10 years imprisonment, fine of twice the gross gain/loss, 3 years s̶̶̶̶̶̶̶̶̶̶ $100 special assessment

COUNTS 2-11, 18 U.S.C. §§ 1347 and 2, Health Care Fraud; Aiding and Abetting
  10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100 special assessment

**EDNA CALAUSTRO**

COUNT 1, 18 U.S.C. § 1349, Conspiracy to Engage in Health Care Fraud
  10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100 special assessment

COUNTS 2-11, 18 U.S.C. §§ 1347 and 2, Health Care Fraud; Aiding and Abetting
  10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100 special assessment

**EDUARDO ABAD**

COUNT 1, 18 U.S.C. § 1349, Conspiracy to Engage in Health Care Fraud
  10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100 special assessment

COUNTS 3-4, 9-11, 18 U.S.C. §§ 1347 and 2, Health Care Fraud; Aiding and Abetting
  10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100 special assessment

**MELE SAAVEDRA**

COUNT 1, 18 U.S.C. § 1349, Conspiracy to Engage in Health Care Fraud
  10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100 special assessment

COUNTS 2, 5-8, 18 U.S.C. §§ 1347 and 2, Health Care Fraud; Aiding and Abetting
  10 years imprisonment, fine of twice the gross gain/loss, 3 years supervised release, $100 special assessment

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,
V.

CR 12 0054 JSW

PATRICK ADEBOWALE SOGBEIN,
ADEBOLA ADEFUNKE ADEBIMPE,
EDNA CALAUSTRO,
EDUARDO ABAD, and
MELE SAAVEDRA,

DEFENDANT(S).

**FILED**
JAN 2 6 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

## INDICTMENT

VIOLATIONS: 18 U.S.C. § 1349 –
Conspiracy to Commit Health Care Fraud;
18 U.S.C. §§ 1347 and 2 – Health Care Fraud;
Aiding and Abetting; 18 U.S.C. § 982 and 21 U.S.C. § 853 -
Criminal Forfeiture
Allegation

---

A true bill.

_____ Foreman

Filed in open court this **26** day of

January, 2012.

Ada Means          Clerk

Bail, $ —— NO BAIL WARRANT to all defendants

Jacqueline Scott Corley
United States Magistrate Judge

MELINDA HAAG (CABN 132612)
United States Attorney

FILED

JAN 2 6 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEALED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

PATRICK ADEBOWALE SOGBEIN,
ADEBOLA ADEFUNKE ADEBIMPE,
EDNA CALAUSTRO,
EDUARDO ABAD, and
MELE SAAVEDRA,

    Defendants.

CR 12 0054 JSW

VIOLATIONS: 18 U.S.C. § 1349 – Conspiracy to Commit Health Care Fraud; 18 U.S.C. §§ 1347 and 2 – Health Care Fraud; Aiding and Abetting; 18 U.S.C. § 982 and 21 U.S.C. § 853 – Criminal Forfeiture Allegation

SAN FRANCISCO VENUE

INDICTMENT

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment:

The Medicare Program

1.    The Medicare Program ("Medicare") was a federal program that provided free or below-cost health care benefits to certain individuals, primarily the elderly, blind, and disabled. The benefits available under Medicare were prescribed by statute and by federal regulations under the auspices of the United States Department of Health and Human Services ("HHS"),

INDICTMENT

through its agency, the Center for Medicare and Medicaid Services ("CMS"). Individuals who received benefits under Medicare were commonly referred to as Medicare "beneficiaries."

2. Medicare was a "health care benefit program," as defined by Title 18, United States Code, Section 24(b).

3. Part B of the Medicare Program was a medical insurance program that covered, among other things, certain durable medical equipment ("DME"), including power wheelchairs ("PWCs").

4. For California beneficiaries, Medicare Part B insurance covering DME and related health care benefits, items, and services was administered by Noridian Administrative Services, LLC ("Noridian"), pursuant to a contract with CMS. Among Noridian's responsibilities, it received, evaluated, and paid the claims submitted to it by Medicare beneficiaries and suppliers of health care items and services.

5. Under Medicare's rules and regulations, a licensed medical provider or entity seeking to become a Medicare provider had to apply for a national provider identifier ("NPI"). DME companies, physicians, and other health care providers that sought to participate in Medicare Part B and bill Medicare for the cost of DME and related benefits, items, and services, were required to obtain a supplier number. The supplier number allowed a DME company to submit claims for reimbursement to Medicare for the cost of DME and related items and services it supplied to beneficiaries.

6. To receive payment from Medicare, a DME company, using its supplier number, would submit a health insurance claim form to a Medicare contractor. Medicare permitted DME companies to submit a claim electronically or in hard copy. Medicare required DME companies to provide certain information, including: (a) the Medicare beneficiary's name; (b) the Medicare beneficiary's identification number; (c) the name and identification number of the doctor who ordered the item or service that was the subject of the claim; (d) the health care benefits, items, or services provided to the beneficiary; (e) the billing codes for those benefits, items, or services; and (f) the date upon which the benefits, items, or services were provided.

INDICTMENT                                    2

7.     Medicare, through Noridian, would generally pay a portion, usually 80%, of the cost of the DME and related health care items and services if they were deemed medically necessary and ordered by a licensed doctor or other qualified health care provider. The remaining cost, generally 20%, known as the "co-pay," was typically paid by a secondary insurance plan, by state health care programs, or by the Medicare beneficiary. Payments under Medicare Part B were often made directly to the DME company. For this to occur, the beneficiary would assign the right of payment to the DME company or other health care provider. Once such an assignment took place, the DME company or other health care provider would assume the responsibility for submitting claims to, and receiving payments from, Medicare.

8.     Medicare providers agreed to abide by all Medicare laws, regulations, and program instructions and not to present or cause to be presented a false or fraudulent claim for payment by Medicare or to submit claims with deliberate ignorance or reckless disregard of their truth or falsity.

## Background of the Defendants

9.     PATRICK ADEBOWALE SOGBEIN (SOGBEIN) and ADEBOLA ADEFUNKE ADEBIMPE (ADEBIMPE) were married and lived together in Santa Clarita, California. SOGBEIN was the owner and operator of Debs Medical Distributors, Inc. (Debs), a DME company located in Van Nuys, California. ADEBIMPE was the was the owner and operator of Dignity Medical Supply LLC (Dignity), a DME company located in Santa Clarita, California. Both Debs and Dignity had Medicare PINs and supplier numbers and were eligible to receive payments from Medicare for DME supplied to beneficiaries. SOGBEIN, on behalf of Debs, and ADEBIMPE, on behalf of Dignity, supplied PWCs and accessories, including armrests, elevating leg rests, and reclining back rests to Medicare beneficiaries in the San Francisco area and billed and received payment from Medicare for those PWCs and accessories.

10.    Dr. EDNA CALAUSTRO, a resident of San Francisco, California, was a licensed physician in the state of California who owned and worked at the Health Haven Medical Clinic in San Francisco, California. CALAUSTRO was enrolled as a Medicare physician, was assigned a PIN, and was eligible to receive payments from Medicare. CALAUSTRO wrote prescriptions

INDICTMENT                                              3

for PWCs and accessories for Medicare beneficiaries in the San Francisco area and provided those prescriptions to SOGBEIN and ADEBIMPE, knowing that SOGBEIN and ADEBIMPE, acting on behalf of Debs and Dignity, billed and received payments from Medicare based on those prescriptions.

11. EDUARDO ABAD and MELE SAAVEDRA were residents of San Francisco, California. ABAD and SAAVEDRA worked as recruiters for CALAUSTRO, SOGBEIN, and ADEBIMPE to find Medicare beneficiaries who would be eligible to receive a PWC.

## OVERVIEW OF THE SCHEME TO DEFRAUD MEDICARE

12. Beginning no later than on or about December 9, 2006, and continuing through at least July 26, 2011, the defendants conspired to defraud Medicare by fraudulently prescribing PWCs to Medicare beneficiaries who did not need them, and in many cases, who did not even want them, in order to enrich themselves. As part of the conspiracy, the defendants (1) recruited Medicare beneficiaries to receive the PWCs; (2) prepared false and fraudulent documentation to support claims to Medicare for PWCs and accessories; (3) submitted over $2.4 million in false and fraudulent claims to Medicare for PWCs and accessories that were not eligible for payment under Medicare rules and regulations; and (4) received and used the proceeds of the fraud for their own personal benefit and for the use and benefit of others.

## MANNER AND MEANS OF THE SCHEME TO DEFRAUD MEDICARE

13. SOGBEIN, as a sole proprietor and on behalf of Debs, and ADEBIMPE, on behalf of Dignity, enrolled as Medicare providers and obtained NPIs and supplier numbers to submit claims for payment to Medicare.

14. SOGBEIN paid and CALAUSTRO accepted cash in exchange for her preparation of prescriptions for PWCs for Medicare beneficiaries. CALAUSTRO knew that SOGBEIN and ADEBIMPE needed those prescriptions in order to submit false and fraudulent claims to Medicare on behalf of the beneficiaries receiving PWCs.

15. SOGBEIN and CALAUSTRO paid ABAD and SAAVEDRA cash for referring Medicare beneficiaries in whose names SOGBEIN and ADEBIMPE submitted false and fraudulent claims to Medicare for PWCs.

INDICTMENT                                    4

1  16. SOGBEIN and ADEBIMPE knowingly prepared, and caused to be prepared, false and fraudulent documentation in support of the claims submitted to Medicare for PWCs.

17. Between December 9, 2006, and July 26, 2011, SOGBEIN and ADEBIMPE submitted over $2.4 million in false and fraudulent Medicare claims for PWCs.

18. Between January 17, 2007, and July 26, 2011, SOGBEIN, in his individual capacity and on behalf of Debs, and ADEBIMPE, on behalf of Dignity, received over of $1.2 million in payments from Medicare as a result of the false and fraudulent claims they submitted.

COUNT ONE: (18 U.S.C. § 1349 — Conspiracy to Commit Health Care Fraud)

19. The allegations of Paragraphs One through Eighteen of this Indictment are re-alleged and incorporated as if set forth fully here.

20. Beginning on a date unknown to the Grand Jury, but no later than on or about December 9, 2006, and continuing through at least July 26, 2011, both dates being approximate and inclusive, in the Northern District of California and elsewhere, the defendants,

> PATRICK ADEBOWALE SOGBEIN,
> ADEBOLA ADEFUNKE ADEBIMPE,
> EDNA CALAUSTRO,
> EDUARDO ABAD, and
> MELE SAAVEDRA,

and others known and unknown to the Grand Jury, did knowingly conspire and agree with one another to execute, and to attempt to execute, a material scheme and artifice (1) to defraud a health care benefit program affecting commerce, as defined in Title 18, United States Code, Section 24(b), namely, Medicare, and (2) to obtain, by means of materially false and fraudulent pretenses, representations, and promises, money owned by and under the custody and control of Medicare, all in connection with the delivery of and payment for health care benefits, items, and services, in violation of Title 18, United States Code, Section 1347.

All in violation of Title 18, United States Code, sections 1349 and 2.

//
//
//
//

INDICTMENT                                    5

COUNTS TWO THROUGH ELEVEN: (18 U.S.C. §§ 1347 and 2 — Health Care Fraud & Aiding and Abetting)

21. The allegations of Paragraphs One through Eighteen of this Indictment are re-alleged and incorporated herein as if set forth fully here.

22. On or about the dates set forth below, in the Northern District of California, the defendants specified below, did knowingly and intentionally execute and attempt to execute a material scheme and artifice (1) to defraud a health care benefit program affecting commerce, as defined in Title 18, United States Code, Section 24(b), namely, Medicare, and (2) to obtain, by means of materially false and fraudulent pretenses, representations, and promises, money owned by and under the custody and control of Medicare, all in connection with the delivery of and payment for health care benefits, items, and services, and did for the purpose of executing and attempting to execute said fraudulent scheme, knowingly and willfully submit and cause to be submitted to Medicare, and to be paid by Medicare, the following false and fraudulent claims for PWCs:

| Count | Defendants | Beneficiary | Supplier | Amount Claimed | Date Claim Submitted | Amount Paid |
|---|---|---|---|---|---|---|
| 2 | SOGBEIN, ADEBIMPE, CALAUSTRO, SAAVEDRA | A.V. | Dignity | $4,500 | 11/20/08 | $3,218.96 |
| 3 | SOGBEIN, ADEBIMPE, CALAUSTRO, ABAD | M.C. | Dignity and Debs | $4,500 | 4/14/10 | $2,913.12 |
| 4 | SOGBEIN, ADEBIMPE, CALAUSTRO, ABAD | V.C. | Dignity and Debs | $4,500 | 2/19/10 | $2,894.16 |
| 5 | SOGBEIN, ADEBIMPE, CALAUSTRO, SAAVEDRA | J.V. | Dignity | $4,500 | 8/21/09 | $2,913.12 |
| 6 | SOGBEIN, ADEBIMPE, CALAUSTRO, SAAVEDRA | E.M. | Dignity | $4,500 | 3/5/2010 | $2,789.12 |

INDICTMENT                    6

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | SOGBEIN, ADEBIMPE, CALAUSTRO, SAAVEDRA | C.R. | Dignity | $6,160 (total) / 7 claims for $880 | 3/11/2011-7/22/2011 | $2,008.13 (total) / 3 payments of $436.55 and 4 payments of $174.62 |
| 8 | SOGBEIN, ADEBIMPE, CALAUSTRO, SAAVEDRA | F.R. | Dignity | $6,125 (total) / 7 claims for $875 | 2/8/11-7/22/11 | $1,995.02 (total) / 3 payments of $433.70 and 4 payments of $173.48 |
| 9 | SOGBEIN, ADEBIMPE, CALAUSTRO, ABAD | L.H. | Dignity | $2,640 (total) / 3 claims for $880 | 5/19/11-7/20/11 | $1,637.07 (total) / 3 payments of $545.69 |
| 10 | SOGBEIN, ADEBIMPE, CALAUSTRO, ABAD | C.L. | Dignity | $2,640 (total) / 3 claims for $880 | 5/23/11-7/20/11 | $1,637.07 (total) / 3 payments of $545.69 |
| 11 | SOGBEIN, ADEBIMPE, CALAUSTRO, ABAD | Z.L. | Dignity | $2,625 (total) / 3 claims for $875 | 5/23/11-7/20/11 | $1,301.10 (total) / 3 payments of $433.70 |

Each in violation of Title 18, United States Code, Section 1347.

FORFEITURE ALLEGATION: (18 U.S.C. § 982(a)(7) – Health Care Fraud Forfeiture)

23. The allegations contained in paragraphs One through Twenty Two are realleged and incorporated as if fully set forth here for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(7).

24. Upon a conviction of any of the offenses alleged in Counts One through Eleven, the defendants,

> PATRICK ADEBOWALE SOGBEIN,
> ADEBOLA ADEBIMPE,
> EDNA CALAUSTRO,
> EDUARDO ABAD, and
> MELE SAAVEDRA,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(7), all right, title and interest in property, real and personal, that constitutes or is derived from, directly

INDICTMENT                                                7

1  or indirectly, from gross proceeds traceable to the commission of the offense, including but not
2  limited to a sum of money equal to the gross proceeds obtained as a result of the offense.
3       25.   If any of the property, as a result of any act or omission of the defendants:
4       a.   cannot be located upon the exercise of due diligence;
5       b.   has been transferred or sold to, or deposited with, a third party;
6       c.   has been placed beyond the jurisdiction of the court;
7       d.   has been substantially diminished in value; or
8       e.   has been commingled with other property which cannot be divided without
9            difficulty,
10 the United States of America shall be entitled to forfeiture of substitute property pursuant to Title
11 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section
12 982(b)(1).
13      All in violation of Title 18, United States Code, Sections 982(a)(7), 1347, 1349; Title 28,
14 United States Code, Section 2461; and Rule 32.2 of the Federal Rules of Criminal Procedure.

DATED:
Jan 26, 2012

A TRUE BILL

/s/ Foreperson
FOREPERSON

MELINDA HAAG
United States Attorney

/s/ Miranda Kane
MIRANDA KANE
Chief, Criminal Division

(Approved as to form: /s/ Denise Marie Barton
AUSA Denise Marie Barton

INDICTMENT                                  8