IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK SOGBEIN and ADEBOLA ADEBIMPE,<br><br>Defendants. | No. CR 12-54-1 JSW<br>No. CR 12-54-1 JSW<br><br>**ORDER DENYING GOVERNMENT'S MOTION TO REVOKE RELEASE ORDER LIFTING STAY AND DIRECTING DEFENDANTS TO BE RELEASED ON CONDITIONS** |

On February 13, 2012, the United States filed an *Ex Parte* Application for Stay of Release Order and a Motion to Revoke the Magistrate Judge's Orders releasing Defendants Patrick. The Defendants have opposed the motion, Magistrate Judge Cousins has issued a recommendation that the motion be denied, and the Court has considered the parties' papers, relevant legal authority, and the record in this case. The Court finds Judge Cousins' recommendation to be well-reasoned and thorough and adopts it. The Court HEREBY DENIES the Government's Motion to Revoke the release order. The Court LIFTS the stay forthwith and it ORDERS the Defendants released on the conditions set by Magistrate Judge Woehrle.

**IT IS SO ORDERED.**

Dated: MAR 08 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: United States Marshal Service