| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |
| | SAN FRANCISCO DIVISION |

UNITED STATES OF AMERICA, )
    Plaintiff, )   No. CR 12-0054 JSW
   v. )   [PROPOSED] ORDER
EDNA CALAUSTRO, )
    Defendant. )

For good cause shown, IT IS HEREBY ORDERED that defendant Edna Calaustro shall be permitted to travel to Southern California from July 26, 2012 to July 29, 2012.

SO ORDERED.

DATED: 7-10-12

_____
MARIA-ELENA JAMES
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
No. CR 12-0054 JSW