IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 12-00054-4 JSW |
| v. | **ORDER TO SHOW CAUSE WHY COURT SHOULD NOT STRIKE OMNIBUS JOINDER IN MOTIONS AS UNTIMELY** |
| EDUARDO ABAD, | |
| Defendant. | |

On August 30, 2012, the parties appeared for a status conference. On that date, the Court set a deadline of September 27, 2012, by which the Defendants were required to file a first round of motions. On September 27, 2012, Defendants Patrick Sogbein ("Sogbein") and Adebola Adebimpe ("Adebimpe") filed varied motions. Defendant Edna Calaustro obtained leave of court for an extension of time to file motions. On October 2, 2012, without explanation for his failure to comply with the September 27, 2012 deadline, Defendant Eduardo Abad ("Abad") filed an Omnibus Joinder in the motions filed by Sogbein and Adebimpe, and includes argument in support of those motions that are particular to his case.

Abad is HEREBY ORDERED TO SHOW CAUSE in writing by no later than October 5, 2012 at 12:00 p.m., why the Court should not strike the joinder as untimely filed.

**IT IS SO ORDERED.**

Dated: October 3, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE