BRIAN A. NEWMAN for
OKABE & HAUSHALTER
225 Avenue I, Suite 201
Redondo Beach, California 90277
(310) 316-6622; Fax (310) 316-5511
email: jjnewbee@sbcglobal.net
CA State Bar #89975
MARK HAUSHALTER for
OKABE & HAUSHALTER
225 Avenue I, Suite 201
Redondo Beach, California 90277
(310) 543-7708; Fax (310) 316-2306
email: southbaylawyer.com
CA State Bar #208935
RYAN J. KING
OKABE & HAUSHALTER
877 Bryant Street Suite 210
San Francisco, California 94103
(415) 483-9708; Fax: (415) 252-8570
Attorneys for Defendant Edna Calaustro

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 3:12-CR-54-JSW-3 |
| Plaintiff, | [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE |
| v. | |
| EDNA CALAUSTRO (#3), | |
| Defendant. | |

[PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE
3:12-CR-54-JSW-3

~~[PROPOSED]~~ ORDER

GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that Dr. Edna Calaustro's request for modification of bond is granted.

IT IS FURTHER ORDERED that Ms. Calaustro shall be allowed to travel to New York, from May 10, 2013 through May 15, 2013.

IT IS FURTHER ORDERED that Dr. Calaustro shall provide Pretrial Services with a detailed itinerary of her travel arrangements as well as a contact address and telephone number while traveling.

IT IS FURTHER ORDERED that all other terms and conditions of pretrial supervision remain in effect.

IT IS SO ORDERED.

DATED: 4-1-13

_____
U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE